ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1303. FLORIDA v. RAYFIELD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–1304. FLORIDA v. JONES. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–1307. PERRY v. LEWTER. Sup. Ct. Ala. Certiorari denied.

No. 95–1314. CLEMENTS v. BABCOCK & WILCOX CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1317. MILLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–1326. VILLAGE OF LAKE BARRINGTON ET AL. v. HOGAN ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 95–1331. ORTIZ v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 95–1343. SMITH ET UX. v. R. S. L. LAYOUT & DESIGN, INC. Sup. Ct. N. H. Certiorari denied.

No. 95–1345. BERGER ET UX. v. CITY OF MORGAN HILL, CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–1347. PRICE CO. ET AL. v. FECHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1377. HOSPITAL SAN FRANCISCO, INC. v. CORREA GONZALEZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–1379. CARLSON v. ICI AMERICAS INC. ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1382. NEWMAN ET UX. v. WORCESTER COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Ind. Certiorari denied.